# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| RUSSELL OEHRING, § § **Plaintiff,** § § v. § § SPIKE BREWING, LLC; WINTERS § INSTRUMENTS, INC.; CHANGSHU § HUAKE (ZHONGYA) IMPORT AND § EXPORT TRADE CO., LTD.; § PENNLAKE CORPORATION d/b/a § CONRADER VALVES; CONRADER § HOLDINGS, LLC; and CLAMPCO § PRODUCTS, INC., § § **Defendants.** § | CASE NO. 6:19-CV-00444-JCM JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Russell Oehring ("Plaintiff") gives notice that Plaintiff hereby voluntarily dismisses Defendant Conrader Holdings, LLC without prejudice.

Dated: June 19, 2020                    Respectfully submitted,

                                            **HALEY ♦ OLSON**
A PROFESSIONAL CORPORATION
100 N. Ritchie Road, Suite 200
Waco, Texas 76712
Telephone: (254) 776-3336
Facsimile: (254) 776-6823

BY:     /s/ Craig D. Cherry_____
            **CRAIG D. CHERRY**
            Bar No. 24012419
            Email: ccherry@haleyoson.com
            **JUSTIN ALLEN**
            Bar No. 24081977
            Email: jallen@haleyolson.com

            And

            **JOHN B. LEJEUNE**
            Bar. No. 24034538
            THE ZIMMERMAN LAW FIRM
            A Professional Corporation
            3501 W. Waco Drive
            Waco, Texas 76710
            (254) 265-9300
            (254) 752-9680 (fax)
            Email:  jlejeune@zlawhelp.com

**ATTORNEYS FOR PLAINTIFF**

### **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the parties, or the attorney(s) of record for all parties to the above cause on this 19th day of June, 2020.

                        /s/ Craig D. Cherry_____
                        CRAIG D. CHERRY